UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUAN ANTONIO ABUNDES, JESUS EMANUEL ABUNDES, and SANJUANA ERNESTINA YEBRA,<br><br>Plaintiffs,<br><br>vs.<br><br>ATHENS FOOD SERVICES, LLC. ATHENS FOOD SERVICES, ATHENS FOOD SERVICES 1, MOHAMMAD S. RASRAS, ADEL ELOSTTA, and EVANGELIA DINA KAZAKOS ELOSTTA,<br><br>Defendants. | CASE NO. 3:14-1278<br>JUDGE CAMPBELL/KNOWLES<br><br>JURY DEMAND (6) |

## ORDER

I hereby recuse myself in the above-styled action.

E. Clifton Knowles
United States Magistrate Judge