IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUAN ANTONIO ABUNDES; JESUS EMANUEL ABUNDES; and SANJUANA ERNESTINA YEBRA | ) ) ) ) |
| v. | ) ) ) |
| ATHENS FOOD SERVICES, LLC; ATHENS FOOD SERVICES; ATHENS FOOD SERVICES 1; MOHAMMAD S. RASRAS; ADEL ELOSTTA; and EVANGELIA DINA KAZADOS ELOSTTA | ) ) ) ) ) ) ) |

No. 3-14-1278

O R D E R

By order entered June 24, 2014 (Docket Entry No. 12), Magistrate Judge Knowles recused himself in this case and the case was reassigned to the undersigned Magistrate Judge.

The initial case management conference remains scheduled on **Thursday, August 7, 2014, at 10:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

As provided in the order entered June 10, 2014 (Docket Entry No. 5), the stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, was lifted.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they

believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge