IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUAN ANTONIO ABUNDES; JESUS )
EMANUEL ABUNDES; and )
SANJUANA ERNESTINA YEBRA )
) No. 3-14-1278
v. )
)
ATHENS FOOD SERVICES, LLC; )
ATHENS FOOD SERVICES; ATHENS )
FOOD SERVICES 1; MOHAMMAD S. )
RASRAS; ADEL ELOSTTA; and )
EVANGELIA DINA KAZADOS )
ELOSTTA )

O R D E R

At the initial case management conference scheduled on August 7, 2014, plaintiff's counsel advised that they had not yet determined whether they want to maintain this case as a collective action, whether they intend to add additional individual plaintiffs, or whether they will maintain the lawsuit with only the three existing plaintiffs. Whether or not the plaintiffs seek to maintain this case as a collective action could significantly impact scheduling the progression of this case, including but not limited to the trial date. Therefore, it is not yet appropriate to request that the trial be scheduled for a date certain.

By August 29, 2014, the plaintiffs shall file a notice of election, indicating whether they (1) want to maintain this case as a collective action; (2) will limit this case to the individual claims of the three existing plaintiffs; or (3) will seek to add additional individual plaintiffs and limit this case to the individual claims of the existing plaintiffs plus the additionally added plaintiffs.[1]

If the plaintiffs seek to maintain this case as a collective action, a further case management conference will be held on **Friday, September 5, 2014, at 1:00 p.m.,** in Courtroom 764, U.S.

---

[1] Nothing precludes the plaintiffs from filing an amended complaint with additional individual plaintiffs if such an amended complaint is filed within 21 days of the answer filed by the defendants, in accord with Rule 15(a)(1) of the Federal Rules of Civil Procedure.

Courthouse, 801 Broadway, Nashville, TN, to address the progression of this case and a target trial date. If the plaintiffs do not seek to maintain this case as a collective action, the September 5, 2014, case management conference will be cancelled, and the parties' proposed case management order (Docket Entry No. 16), with the modifications addressed on August 7, 2014, will be entered.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge