UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUAN ANTONIO ABUNDES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:14-1278 |
| ) | Judge Campbell/Holmes |
| ATHENS FOOD SERVICES, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

This matter has been referred to the undersigned for a judicial settlement conference with the parties (Docket Entry No. 42). A telephone conference is scheduled on **Tuesday, February 2, 2016, at 10:00 a .m.** During this telephone conference a date and time convenient to all parties will be set. Counsel shall call 877-336-1828 and enter access code 3422454# to participate in this conference.

It is so **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge